# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| | ) | Case No. 22-13369-EEB |
| BRAND 44, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |
| | ) | |
| | ) | |

## COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDERS AND NOTICE OF IMPEDING HEARINGS THEREON

Brand 44, LLC ("Debtor"), through its proposed counsel, ONSAGER | FLETCHER | JOHNSON LLC, requests that the Court enter the Orders listed below on an expedited basis:

| | |
|---|---|
| | Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1) |
| X | Order Authorizing Payment of Prepetition Wages, Salaries, Expenses |
| X | Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3) |
| | Interim Approval of Post-Petition Financing Pursuant to Section 364(b) of the Bankruptcy Code |
| | Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers |
| | Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims |
| | Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service |
| | Order Establishing Interim Notice Procedures (see L.B.R. 2081-2) |
| | Order Authorizing Bonus or Retention Plans |
| X | Order Authorizing Retention of Cash Management Systems |
| | Order Establishing Investment Guidelines |
| X | Other Orders- Application to Employ Counsel for Debtor |

//
//
//

Dated: September 1, 2022	Respectfully submitted,

             **ONSAGER | FLETCHER | JOHNSON LLC**

             <u>*s/ Gabrielle G. Palmer*</u>
               Christian C. Onsager, #6889
               J. Brian Fletcher, #28629
               Gabrielle G. Palmer, #48948
             600 17th Street, Suite 425 North
             Denver, Colorado 80202
             Ph: (303) 512-1123
             consager@OFJlaw.com
             jbfletcher@OFJlaw.com
             gpalmer@OFJlaw.com

             *Proposed Attorneys for Brand 44, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) <br> ) <br> BRAND 44, LLC ) <br> ) <br> Debtor. ) <br> ) <br> ) | Case No. 22-13369-EEB <br><br> Chapter 11, Subchapter V |

**DEBTOR'S MOTION FOR EXPEDITED ENTRY OF ORDERS**

Brand 44, LLC ("Debtor"), through its proposed counsel, ONSAGER | FLETCHER | JOHNSON LLC, files this Motion for Expedited Entry of Orders (this "Motion") as follows:

1. On September 1, 2022 (the "Petition Date"), Debtor filed a voluntary petition for relief under Subchapter V, Chapter 11 of Title 11 of the United States Code.

2. Debtor is operating its business as a debtor-in-possession.

3. Debtor is a Colorado limited liability company that designs, manufactures, and sells outdoor activities products through a variety of distribution channels both in the United States and internationally, including through online sales and retail stores.

4. During the first 45 days of this bankruptcy case, Debtor intends to pursue parallel paths that will allow Debtor to either sell its substantially all of its assets under 11 U.S.C. § 363 or obtain new investment capital. In the event that Debtor is unsuccessful in its efforts to sell the business or attract new investment capital, Debtor intends to pursue an orderly liquidation of its assets.

5. Debtor has filed the following motions (together, the "First Day Motions"):

    a. Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Setting Expedited Preliminary Hearing;

    b. Debtor's Motion for Authority to Pay Prepetition Wages;

    c. Application to Employ ONSAGER | FLETCHER | JOHNSON, LLC as Counsel for Debtor; and

    d. Debtor's Motion for Authority to Continue Use of Its Existing Bank Account.

6. Debtor does not have the means to continue ongoing operations of its business without the use of cash in which one or more parties may have an interest. Accordingly, without

the immediate use of property that may constitute cash collateral, Debtor will suffer immediate and irreparable harm that will foreclose the possibility of rehabilitation.

7. Debtor employs 15 people who rely on their wages to support themselves and/or their families. If Debtor fails to pay employees on time, it will result in substantial hardship to Debtor's employees, many of whom may leave as a result, which would hinder or preclude the possibility of successful rehabilitation.

8. Debtor seeks to employ ONSAGER | FLETCHER | JOHNSON, LLC ("OFJ") as its counsel in this case. The immediate employment of OFJ is necessary to enable Debtor to appear before this Court in connection with the First Day Motions and other matters at this critical stage of Debtor's bankruptcy case.

9. Finally, Debtor seeks to continue to use its pre-existing bank account at Alpine Bank. The United States Trustee's guidelines provide that Debtor must shut down its pre-existing bank account and open a new debtor-in-possession account at an authorized institution. In this case, however, strict compliance with this guideline would hinder Debtor's rehabilitation efforts. Debtor has approximately 600 customers, many of which remit payment via electronic transfers directly to its pre-existing account at Alpine Bank. If Debtor is required to provide new account information to customers, it will substantially delay Debtor's receipt of funds and delay payments to its vendors.

WHEREFORE, Debtor requests that the Court enter an Order granting this Motion, and for such other relief as the Court deems proper.

Dated September 1, 2022

Respectfully submitted,

ONSAGER | FLETCHER | JOHNSON LLC

s/ Gabrielle G. Palmer
   Christian C. Onsager, #6889
   J. Brian Fletcher, #28629
   Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (303) 512-1123
consager@OFJlaw.com
jbfletcher@OFJlaw.com
gpalmer@OFJlaw.com

*Proposed Attorneys for Brand 44, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:                                ) | |
|                                          ) | Case No. 22-13369-EEB |
| BRAND 44, LLC              ) | |
|                                          ) | Chapter 11, Subchapter V |
|              Debtor.          ) | |
|                                          ) | |
|                                          ) | |

**NOTICE OF FILING OF CHAPTER 11 DEBTOR'S MOTION FOR EXPEDITED ENTRY OF ORDERS**

**L.B.R. 2081-1 provides that a hearing will be held on Debtor's motion within three days, if possible.** Debtor will provide notice of the time and place of the hearing via fax or email only if you respond to this Notice via fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B.F. 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtor will use the method most readily available to Debtor. You may also obtain information on the time and place of the hearing by checking the Court's calendar at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE EMAILED TO COUNSEL FOR DEBTOR AT gpalmer@OFJlaw.com.**

Dated: September 1, 2022

Respectfully submitted,

ONSAGER | FLETCHER | JOHNSON LLC

s/ Gabrielle G. Palmer
   Christian C. Onsager, #6889
   J. Brian Fletcher, #28629
   Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (303) 512-1123
consager@OFJlaw.com
jbfletcher@OFJlaw.com
gpalmer@OFJlaw.com

*Proposed Attorneys for Brand 44, LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) Case No. 22-13369-EEB<br>BRAND 44, LLC ) <br> ) Chapter 11, Subchapter V<br> Debtor. ) <br> ) <br> ) | |

## RESPONSE AND REQUEST FOR NOTICE OF HEARING

**ATTENTION:** Gabrielle G. Palmer, counsel to Debtor

The undersigned requests that notice of the date, time and place of the hearing on Debtor's Motion Seeking Expedited Entry of Orders be served as follows:

\_\_\_\_\_ By email to _____

\_\_\_\_\_ By fax to _____

Dated: _____     By: _____

Bar Number (if applicable):
Mailing Address:
Telephone number:
Facsimile number:
E-mail address: