# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-13369-EEB |
| BRAND 44, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |
| ) | |

## ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED ENTRY OF ORDERS

THIS MATTER having come before the Court on the Motion for Expedited Entry of Orders (the "Motion") filed by Brand 44, LLC ("Debtor") and the Court, having examined the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the Court shall conduct a hearing on September __, 2022 at _____ to consider entering the expedited orders requested by Debtor. Counsel for Debtor shall provide appropriate notice of the hearing in accordance with L.B.R. 2081-1.

Dated: _____, 2022        BY THE COURT:

  _____
  Honorable Elizabeth E. Brown
  United States Bankruptcy Judge