## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| In re:<br><br>BRAND 44, LLC,<br><br>Debtor. | Bankruptcy Case No. 22-13369 EEB<br><br>Chapter 11 |
|---|---|

### ORDER AND NOTICE OF IN-PERSON HEARING

**IT IS HEREBY ORDERED** that Debtor's Motions for Expedited Entry of Orders and the Debtor's Motion to Shorten Notice of its Motion for Order Authorizing and Approving Bid and Sale Procedures are set for an **IN-PERSON** hearing on a trailing docket before Judge Elizabeth E. Brown on **Wednesday, September 7, 2022, at 1:30 p.m.** in Courtroom F, U.S. Customs House, 721 19th Street, Denver, Colorado. Out of town parties may request video appearance by contacting chambers 24 hours prior to the hearing. The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference.   It is

FURTHER ORDERED that Debtor shall serve notice of the hearing in accordance with L.B.R. 2081-1(c)(2).

Dated: this 2nd day of September, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge