| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Brand 44, LLC<br>First Name   Middle Name   Last Name | Case #: | 22-13369-EEB |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: | 11 |

## Local Bankruptcy Form 2081-1.4
## Notice of Time and Place of Hearing on Debtor's Motion Seeking Expedited Entry of Order(s)

**Complete applicable sections.**

### Part 1   Notice

A hearing on debtor's Motion Seeking Expedited Entry of Orders, docket no. **[#23]**, has been set for **September 7, 2022** at **1:30 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **F**, Fifth Floor, Denver, Colorado 80202.

### Part 2   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: September 2, 2022             By: *s/ Gabrielle G. Palmer*
                                              Signature

ONSAGER | FLETCHER | JOHNSON, LLC

Christian C. Onsager, #6889
J. Brian Fletcher, #28629
Gabrielle G. Palmer, #48948
600 17th Street Suite 425 North
Denver, CO 80202
consager@OFJlaw.com
jbfletcher@OFJlaw.com
gpalmer@OFJlaw.com.

*Proposed Attorneys for Brand 44, LLC*