# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BRAND 44, LLC<br><br>Debtor. | Case No. 22-13369-EEB<br><br>Chapter 11, Subchapter V |

## CERTIFICATE OF SERVICE

I certify that on September 2, 2022, I served a complete copy of the following documents to the following parties by email in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

1. Order and Notice of <u>In-Person</u> Hearing (the "Order"); and

2. Notice of Time and Place of Hearing on Debtor's Motion Seeking Expedited Entry of Orders (the "Notice").

Parties requesting electronic notice were served the Order through the Court's CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules on September 2, 2022, and served the Notice on September 6, 2022.

By CM/ECF

US Trustee
Timothy M. Swanson
Paul Moss
Mark David Dennis

By Email

| | | |
|---|---|---|
| Alpine Bank<br>2200 Grand Avenue<br>Glenwood Springs,<br>CO 81601<br>TonyThompson@alpinebank.com | Fora Financial Services, LLC<br>dba US Business Funding<br>Attn: Legal Department<br>519 Eighth Avenue, 11th Floor<br>New York, NY 10018<br>joseph.kaytes@forafinancial.com | Wonderland Sport Limited<br>No. 4 Jiuxianqiao Road, Chaoyang<br>Distric<br>100015 Beijing<br>China<br>david.tan@walasia.Cn |
| York-Jersey Underwriters, Inc.<br>185 Newman Springs Road<br>Tinton Falls, NJ 07724<br>jawelch@york-jersey.com | Playfun Ltd.<br>7F, No. 246, Xianyue Road, Xiamen<br>361012 Fuijan<br>China<br>Chen@playfuntoys.cn | Yiwu City Faming Hardware Tools Co.,<br>Ltd<br>No. 10 Danchen 2Rd Beiyuan<br>Yiwu 322000<br>China<br>sales@alltiedowns.com |

Clearco
33 Yonge Street
Toronto ON M5E
0A9
Canada
Matthew.m@clearbanc.com

Steam Logistics
325 Market St. Ste. 204
Chattanooga, TN 37402
kyler.witt@steamlogistics.com

Kevin Pater and Associates, Inc.
2 Wilhelm Court
Fairfield, OH 45014
Jeffrey@kpaterassoc.com

Charles Williams
7205 South Newport Way
Englewood, CO 80112
charlieawilliams6@gmail.com

Cockriel Insurance, Inc.
333 W Hampden Ave. Ste. 315
Englewood, CO 80110
Charlie@cockrielinsurance.com

Aumentar Canada Inc.
306 Stevenson St
North Guelph ON N1E5B6
Canada
Mark@B4Adventure.com

Ningbo Baoli
No. 345 MingZhu Road, Hi-Tech Par
Ningbo 315040
China
geying@china-lifting.com

Partners in Retail, LLC
6191 W. Mill Rd.
Flourtown, PA
19031
marybeth@partnersinretail.net

Dorsey & Whitney LLP
1400 Wewatta Street Suite 400
Denver, CO
80202-5549
jonsen.matthew@dorsey.com

White Board
6811 Flying Cloud Dr.
Eden Prairie, MN 55344
RPolk@WhiteBoardPS.com

I further certify that on September 2, 2022 I served a complete copy of the following documents to the following parties by FedEx, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

1. Order and Notice of <u>In-Person</u> Hearing; and

2. Notice of Time and Place of Hearing on Debtor's Motion Seeking Expedited Entry of Order(s).

Amazon Capital Services, Inc.
410 Terry Ave. N.
Seattle, WA 98109

U.S. Small Business Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925

Cap Logistics
4120 Jackson Street
Denver, CO 80216

Largent & Company LLC
9457 S University
Blvd, Box 323
Littleton, CO 80126

First Citizens Bank & Trust
239 Fayetteville St
Raleigh NC 27601

Internal Revenue Service
Attn: Bankruptcy Unit
2970 Market St
Philadelphia PA 19104

Colorado Department of Revenue
Attn: Bankruptcy Unit
1375 Sherman St Room 504
Denver CO 80261-3000

Internal Revenue Service
Mail Stop 5027 DEN
1999 Broadway
Denver CO 80202

September 6, 2022.                              *s/ Barbara A. Moss*